IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
DISTRICT OF NEBRASKA
AT _____ M
APR 1 0 2001
Gary D. McFarland, Clerk
By _____ Deputy

IN THE MATTER OF THE APPLICATION OF )
THE UNITED STATES OF AMERICA FOR AN )
ORDER AUTHORIZING THE INSTALLATION ) MISC. NO. 01-21
AND USE OF PEN REGISTER AND CALLER )
IDENTIFICATION DEVICES TO REGISTER )
TELEPHONE NUMBERS AND SUBSCRIBER )
INFORMATION)

## MOTION TO UNSEAL PEN REGISTER

Comes now the United States of America, by and through the United States Attorney and the undersigned Assistant United States Attorney, and requests this Court to issue an Order to unseal the pen register application and order in the above-captioned matter.

Dated this 9 day of April, 2001.

UNITED STATES OF AMERICA

THOMAS J. MONAGHAN
United States Attorney

By: SUSAN T. LEHR (#19248)
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
(402) 221-4774

## ORDER

IT IS SO ORDERED.

BY THE COURT:

DATED: 4/10/01

THOMAS D. THALKEN
United States Magistrate Judge

CC: USA